**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1133**

_____

EUGENE CORY DINGLE,

Plaintiff - Appellant,

v.

JUDGE JAMES G. MCGEE, of Dorchester County Family Court "individual and official capacity"; JUDGE WILLIAM J. WYLIE, JR., of Dorchester County Family Court "individual and official capacity"; JUDGE TIMOTHY H. POGUE, of Dorchester County Family Court "individual and official capacity"; JUDGE MICHAEL H. MURPHY, III, of Dorchester County Family Court "individual and official capacity"; JUDGE ANNE G. JONES, of Dorchester County Family Court "individual and official capacity"; LESLIE ARMSTRONG, Guardian Ad Litem of Dorchester County Family Court "individual and official capacity"; JUDGE MANDY W. KIMMONS, of Dorchester County Family Court "Individual and official capacity,"

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Bruce H. Hendricks, District Judge.  (2:23-cv-05333-BHH)

_____

Submitted:  May 22, 2025                    Decided:  May 28, 2025

_____

Before KING, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

2

Eugene Cory Dingle, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Cory Dingle appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Dingle's civil complaint without prejudice and without leave to amend. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Dingle v. Mcgee*, No. 2:23-cv-05333-BHH (D.S.C. Jan. 15, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*